In the Matter of the Application of RAMAPO MOUNTAINS WATER, POWER AND SERVICE COMPANY, INC., to Acquire Lands in the Town of Ramapo, Rockland County, N. Y., Petitioner, Appellant, v. JULIA F. SIEDLER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of JESSE JAY RICKS for Admission to the Bar.— Application granted. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

PAUL MIGNON, JR., an Infant, etc., Respondent, v. MATTHEW BAIRD CONTRACTING COMPANY, INC., Appellant. PAUL MIGNON, Respondent, v. MATTHEW BAIRD CONTRACTING COMPANY, INC., Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. MINNIE TUR and Others, Defendants. BERNARD DAVIS, Appellant.— Motion for stay granted on condition that appellant perfect the appeal and be ready to argue same on Friday, March 28, 1919, for which time the cause is set down; otherwise motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

SIMA ELISBERG, Appellant, v. JOSEPH FRIED, Respondent.— By deposit in court of the entire fund and interest accrued, the defendant was rightly relieved as stakeholder. The fund, having been originally lodged with defendant as security for the covenants of a lease, can now be directly litigated between the lessor and lessee, without the presence of the stakeholder. Thereby the lessor is only granted the right to enforce a security originally intended for his sole benefit. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

FRANK G. FOWLER, Respondent, v. TARRANT MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

OSCAR FRIED, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Claim of ANNIE AMBERMAN, Appellant, upon the Petition of FRANK N. LANG, Respondent, to Render and Settle His Account as Executor of CATHERINE RHODES, Deceased.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Mills, Rich, Blackmar and Kelly, JJ., concurred; Jenks, P. J., not voting.